[Nos. 20866-4-III; 22076-1-III.   Division Three.   September 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID KENNETH CHESTER III, *Appellant*.

Appeals from judgments of the Superior Court for Grant County, No. 01-1-00317-1, Kenneth L. Jorgensen, J., entered February 5, 2002 and April 23, 2003. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, A.C.J., and Schultheis, J.

[No. 20967-9-III.   Division Three.   September 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. WAI MAN YUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 99-1-00581-7, Carolyn A. Brown, J., entered March 15, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kurtz, J.

[No. 21292-1-III.   Division Three.   September 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH EUGENE WRIGHT JR., *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 02-8-00175-0, Lonna K. Malone, J. Pro Tem., entered June 12, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kurtz, J.

[No. 21393-5-III.   Division Three.   September 30, 2003.]

LYUBOV VITRYACHENKO, *Appellant*, v. LARRY TAYLOR, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-2-05600-6, Richard J. Schroeder, J., entered July 9, 2002. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Sweeney, J.